1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    AMOS G. SNELL,                              No.  2:13-cv-02178 MCE-DAD

12                   Plaintiff,

13         v.                                     **ORDER**

14    DEUTSCHE BANK NATIONAL TRUST
      COMPANY, et al.,
15
                   Defendants.
16

17
           Each of the parties in the above-captioned case has consented to proceed before
18
      a United States Magistrate Judge as stated in their Joint Status Report (ECF No. 16).
19
      See 28 U.S.C. § 636(c).  According to E.D. Cal. R. 305, both the district court judge
20
      assigned to the case and the magistrate judge must approve the reference to the
21
      magistrate judge.
22
           The undersigned has reviewed the file herein and recommends that the above-
23
      captioned case be assigned and referred to the magistrate judge for all further
24
      proceedings and entry of final judgment.
25
      ///
26
      ///
27
      ///
28
                                            1

1    IT IS HEREBY ORDERED that the Clerk of the Court reassign this case to the

2  Honorable Dale A. Drozd.  The parties shall take note that all documents hereafter filed

3  with the Clerk of the Court shall bear case number 2:13-cv-02178-DAD.  All currently

4  scheduled dates presently set before Judge England are hereby VACATED.

5  Dated:  January 31, 2014

6

7

8    MORRISON C. ENGLAND, JR., CHIEF JUDGE
    UNITED STATES DISTRICT COURT

9

10

11    Having also reviewed the file, I accept reference of this case for all further

12  proceedings and entry of final judgment.

13  Dated:  January 31, 2014

14

15    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

16

17

18  Ddad1\orders.consent
   snell2178.consent.docx

19

20

21

22

23

24

25

26

27

28                                    2